IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CASE: **Guy and Kimberly Forrester v. MidFirst Bank    BK No. 19-81037**

APPLICATION FOR ATTORNEY'S FEES

COMES NOW the undersigned attorney, John C. Larsen, and hereby moves the Court to enter an order granting attorney's fees. In support of his motion counsel states as follows:

1. Due to violations of the Automatic Stay by MidFirst Bank, multiple Adversary Proceedings were filed.
2. A settlement was reached in which MidFirst Bank shall pay a total of $180,000 to settle any and all claims arising from these adversary proceedings.
3. The joint motion to approve compromise and settlement was filed on November 20, 2019.
4. Pursuant to §362(k)(1): An individual injured by any willful violation of a stay provided by this section **shall** recover actual damages, including costs and attorney's fees, and, in appropriate circumstances, may recover punitive damages. See Parker v. Credit Central South, Inc. In Parker, the court found: 1) The plain language of §362(k) provides for a mandatory award for the recovery of attorney's fees for willful violations of the automatic stay without limitation to a return to the status quo; 2) It is well established in reported case law in this District that an award of attorney's fees for violation of the automatic stay include fees necessary to prosecute the adversary proceeding; 3) Nothing in the history of §362 suggests that awards of attorney's fees for a violation of the automatic stay are limited to that which is necessary to reinstate the status quo.
5. No agreement exists between the Attorney and any other person or entity whatsoever for the sharing of compensation in this case.

WHEREFORE, THE FOREGOING PREMISES CONSIDERED, the undersigned attorney makes application for an attorney's fee to be paid from the proceeds of the MidFirst Bank litigation settlement.

Respectfully Submitted,

/s/  John C. Larsen
Attorney for Debtors

## Attorney Fees and Expenses

For the purposes of this application only, the Debtors are grouped as follows:

**Group 1**:

James and Beverly Love, BK: 17-80917-CRJ13, AP:18-80024-CRJ, CV: 19-CV-00004

**Group 2**:

Guy and Kimberly Forrester, BK: 19-81307-CRJ13, AP: 18-80060-CRJ, CV: 18-CV-01392;

Brenda Cole, BK: 17-82036-CRJ13, AP: 18-80065-CRJ, CV: 18-CV-01402;

Mitchell and Belinda Chappell, BK: 17-83497-CRJ13, AP: 18-80068-CRJ, CV: 18-CV-01398;

James Moore, BK: 17-81041-CRJ13, AP: 18-80064-CRJ, CV: 18-CV-01413;

Senderella Moore, BK: 17-81064-CRJ13, AP: 18-80067-CRJ, CV: 18-CV-01414

| Task/Expense | Date | Hours | Rate |
|---|---|---|---|
| **GROUP 1** | | | |
| Collection of client info (letters and Bank statements), client interview, etc. | February, 2018 | 1.50 | $350/Hour |
| Preparation and filing of complaint | February, 2018 | 1.50 | $350/Hour |
| Preparation and filing of Certificate of Service | February, 2018 | 1.00 | $350/Hour |
| Review of Defendant's Motion to Extend Time | March, 2018 | 0.50 | $350/Hour |

| Description | Date | Hours | Rate |
|---|---|---|---|
| Preparation of Discovery, service to Counsel | March, 2018 | 2.00 | $350/Hour |
| Review of Defendant's Motion to Strike discovery request | April, 2018 | 1.00 | $350/Hour |
| Review of Defendant's Motion For Leave | April, 2018 | 0.50 | $350/Hour |
| Plaintiff's Brief and Motion to Deem Facts Admitted | May, 2018 | 2.00 | $350/Hour |
| Plaintiff's Motion to Compel | May, 2018 | 1.50 | $350/Hour |
| Review of Defendant's Response To motion to deem facts as admitted | May, 2018 | 1.50 | $350/Hour |
| Review of Defendant's Brief Regarding New Mortgage servicing regulations And the automatic stay | June, 2018 | 2.00 | $350/Hour |
| Review of Defendant's motion To withdraw reference | June, 2018 | 0.50 | $350/Hour |
| Plaintiff's Brief regarding CFPB Regulations and the automatic stay | June, 2018 | 5.00 | $350/Hour |
| Review of Defendant's Motion For withdraw of reference | June, 2018 | 0.75 | $350/Hour |
| Response to Defendant's Motion For withdraw of reference | June, 2018 | 3.50 | $350/Hour |
| Response to Defendant's Discovery, production of Plaintiffs' documents | August, 2018 | 4.00 | $350/Hour |
| Review of Defendant's Motion For more definite statement | September, 2018 | 0.50 | $350/Hour |

| Description | Date | Hours | Rate |
|---|---|---|---|
| Review of Defendant's responses To discovery and document production | November, 2018 | 5.00 | $350/Hour |
| Collection of additional letters, Bank statements, client interview | November, 2018 | 1.50 | $350/Hour |
| Drafting/review of plaintiff's Motion for leave to amend complaint | November, 2018 | 1.00 | $350/Hour |
| Review of Defendant's Response to Plaintiff's motion for leave to file Amended complaint | November, 2018 | 0.50 | $350/Hour |
| Review of Plaintiff's Motion for withdraw of Reference | December, 2018 | 0.50 | $350/Hour |
| Gathering of plaintiffs' Medical records, discussion With clients on status | January, 2019 | 2.50 | $350/Hour |
| Drafting/reviewing Plaintiff's Amended complaint | January, 2019 | 3.00 | $350/Hour |
| Preparation/reviewing of Certificate of service for Amended complaint | January, 2019 | 1.00 | $350/Hour |
| Review of MidFirst's Answer to Amended complaint | January, 2019 | 2.50 | $350/Hour |
| Review of MidFirst's motion To withdraw reference in District court | January, 2019 | 1.00 | $350/Hour |
| Drafting/reviewing joint motion to Consolidate cases in District Court | January, 2019 | 1.50 | $350/Hour |

| Task | Date | Hours | Rate |
|---|---|---|---|
| Review of Shapiro and Ingle's Answer to amended complaint | February, 2019 | 2.50 | $350/Hour |
| Preparation for plaintiffs' depositions | August, 2019 | 2.00 | $350/Hour |
| Depositions of plaintiffs | August, 2019 | 8.00 | $350/Hour |
| Review of Joint motion for Protective order in district court | August, 2019 | 0.50 | $350/Hour |
| Review of protective order In district court | August, 2019 | 0.50 | $350/Hour |
| Review of Shapiro and Ingle's Motion to extend deadlines In district court | August, 2019 | 1.00 | $350/Hour |
| Suggestion of death of James Love In district court | September, 2019 | 0.50 | $350/Hour |
| Telephonic status conference In district court | September, 2019 | 0.50 | $350/Hour |
| Review of Defendants' Motion To Vacate in district court | November, 2019 | 0.50 | $350/Hour |

**GROUP 2**

| Task | Date | Hours | Rate |
|---|---|---|---|
| Collection of client info (letters and Bank statements), client interviews, etc. | June-July, 2018 | 7.50 | $350/Hour |
| Preparation and filing of complaints | June-July, 2018 | 7.50 | $350/Hour |
| Preparation and filing of Certificates of Service | July, 2018 | 2.50 | $350/Hour |
| Review of Defendant's Motions to Stay Proceeding | July, 2018 | 1.00 | $350/Hour |

| Task | Date | Hours | Rate |
|---|---|---|---|
| Review of Defendant's motions To extend time | July, 2018 | 1.50 | $350/Hour |
| Responses to MidFirst's discovery And production of documents | August, 2018 | 20.00 | $350/Hour |
| Review of MidFirst's reponses To Plaintiffs' discovery and Production of documents | August, 2018 | 25.00 | $350/Hour |
| Plaintiff's responses to defendant's Motions to stay proceeding | August, 2018 | 15.00 | $350/Hour |
| Hearings on motions to stay proceeding | August, 2018 | 1.00 | $350/Hour |
| Review of Defendant's motions For withdraw of reference | August, 2018 | 5.00 | $350/Hour |
| Preparation for Plaintiffs' depositions | August, 2018 | 15.00 | $350/Hour |
| Plaintiffs' Depositions | August, 2018 | 40.00 | $350/Hour |
| Review of Defendant's Motions for withdraw of reference In district court | August, 2018 | 10.00 | $350/Hour |
| Review of Defendant's answers To complaint | September, 2018 | 5.00 | $350/Hour |
| Drafting/reviewing responses in Opposition of Defendant's motions For withdraw of reference in District court | November, 2018 | 10.00 | $350/Hour |
| Review of Joint motions to continue Hearing on motions for withdraw Of reference in district court | November, 2018 | 2.00 | $350/Hour |

| Task | Date | Hours | Rate |
|---|---|---|---|
| Drafting/reviewing joint motions To consolidate cases in District court | January, 2019 | 2.50 | $350/Hour |
| Telephonic status conference In district court | August, 2019 | 0.50 | $350/Hour |
| Review of Defendant's joint Motions for protective order In district court | August, 2019 | 1.50 | $350/Hour |
| Telephonic status conference In district court | September, 2019 | 0.50 | $350/Hour |
| Review of Defendant's motions To vacate in district court | October, 2019 | 1.00 | $350/Hour |

**Hearings & General Motions**
**For all cases**

| Task | Date | Hours | Rate |
|---|---|---|---|
| Settlement, discovery, and discussion Emails between Plaintiff's counsel and Defendants' counsel (188 emails) | March, 2018 – November, 2019 | 18.80 Atty Hours | $350/Hour |
| 9019 Preparation and Court Appearance, Client Meetings to Sign Releases and Discuss Case Settlement, Amended to Schedules For each client | October, 2019 - TBD | 18 Atty Hours 12 Paralegal Hours | $350/Hour $125/Hour |

| TOTALS | | | |
|---|---|---|---|
| Attorney Fees | | 276.05 Hrs at $350/Hr | $96,617.50 |
| Paralegal Fees | | 12 Hrs at $125/Hr | $1,500.00 |
| | | Total Fees= | $98,117.50 |
| | | Reduced to = | $53,000.00 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Michele Hatcher, the Chapter 13 Trustee, electronically and on all creditors listed below and on the attached mailing matrix on this the 21st day of November, 2019.

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
sporterfield@sirote.com
bragsdale@sirote.com
thumphries@sirote.com

/s/ John C. Larsen

Case 19-81307-CRJ13    Doc 66    Filed 11/21/19    Entered 11/21/19 17:51:43    Desc Main
Document    Page 8 of 10

Label Matrix for local noticing
1126-8
Case 19-81307-CRJ13
NORTHERN DISTRICT OF ALABAMA
Decatur
Thu Nov 21 17:00:01 CST 2019

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Midfirst Bank
c/o Thomas Humphries
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205-2972

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

AES/PHEAA
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

AT&T
One AT&T Way
Bedminster, NJ 07921-2694

Alabama Pediatric Dental Associates
4001 Balmoral Dr.
Huntsville, AL 35801-6403

Approved Cash Advance Center #213
3764 Sullivan St
Ste B
Madison, AL 35758-1708

C&R Title Pawn
2615 Memorial Pkwy NW
Huntsville, AL 35810-3807

Capital One Auto Finance
c/o AIS Portfolio Services
P.O. Box 4360
Houston, TX 77210-4360

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Crestwood Medical Center
P.O. Box 1839
Montgomery, AL 36102

Diversified Consultants, Inc.
Attn: Bankruptcy
Po Box 551268
Jacksonville, FL 32255-1268

Financial Data Systems
Attn: Bankruptcy
Po Box 688
Wrightsville Beach, NC 28480-0688

First Franklin Financial
P.O. Box 11245
Huntsville, AL 35814-1245

First Southern Financial of Alabama
3503 North Memorial Parkway
Ste A-1
Huntsville, AL 35810-2443

Franklin Collection Service, Inc.
P.O Box 3910
Tupelo, MS 38803-3910

Geico Casualty Company
One Geico Center
Macon, GA 31296-0001

Ginnys/Swiss Colony Inc
Attn: Credit Department
Po Box 2825
Monroe, WI 53566-8025

Home Fin Svc
1200 Jordan Ste 7
Huntsville, AL 35816-3040

Huntsville Hospital
PO Box 2252, Dept 1050
Birmingham, AL 35246-1050

Huntsville Hospital
c/o Franklin Collection Service
Po Box 3910
Tupelo, MS 38803-3910

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Microphase Clinical Laboratory
P.O. Box 4112
Huntsville, AL 35815-4112

MidFirst Bank
999 NW Grand Blvd. Suite 100
Oklahoma City, OK 73118-6051

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566-1364

Noblelending
2051 Max Luther Dr Nw # A
Huntsville, AL 35810-3817

| | | |
|---|---|---|
| (p)PLAZA SERVICES LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Redstone FCU<br>Attn: Bankruptcy Dept<br>220 Wynn Drive<br>Huntsville, AL 35893-0001 |
| SFC- Central Bankruptcy<br>P.O Box 1893<br>Spartanburg, SC 29304-1893 | Stuart-Lippman and Associates, LLC<br>5447 E 5th St<br>Suite 110<br>Tuscon, AZ 85711-2345 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| U.S. Department of Housing and Urban Develop<br>451 7th St. S.W.<br>Washington, DC 20410-0002 | Wells Fargo Bank<br>PO Box 5058<br>Portland, OR 97208-5058 | Guy Forrester Sr.<br>120 Castlehill Dr.<br>Meridianville, AL 35759-1300 |
| John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Kimberly Forrester<br>120 Castlehill Dr.<br>Meridianville, AL 35759-1300 | Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Plaza Services, LLC
110 Hammond Drive
Suite 110
Atlanta, GA 30328

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Midfirst Bank<br>999 NW Grand Blvd<br>Ste 100<br>Oklahoma City, OK 73118-6051 | (d)U.S. Department of Housing and Urban Devel<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     2<br>Total                  44 |